Certificate Number: 14912-CAC-DE-040461044

Bankruptcy Case Number: 25-18040



14912-CAC-DE-040461044

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 31, 2025, at 9:57 o'clock PM EST, Clarence Ellis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   December 31, 2025          By:   /s/Jai Bhatt

                                   Name: Jai Bhatt

                                   Title: Counselor